UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROBERT WHITE,

                Plaintiff,

v.

RUTGERS UNIVERSITY,
THE STATE UNIVERSITY OF NEW JERSEY,

                Defendant.

Civil Action No. 23-2597 (MAS) (TJB)

**ORDER**

This matter comes before the Court upon Defendant Rutgers University, the State University of New Jersey's ("Rutgers") Motion to Dismiss (ECF No. 23) Plaintiff Robert White's ("White") First Amended Complaint (ECF No. 21). White opposed the Motion to Dismiss (ECF No. 28), and Rutgers replied (ECF No. 29). The Court has considered the parties' written submissions and decides the Motion without oral argument, pursuant to Local Civil Rule 78.1. For reasons outlined in the Court's Memorandum Opinion,

**IT IS** on this 27th day of November 2024, **ORDERED** as follows:

1. Defendant's motion to dismiss (ECF No. 23) is **GRANTED**.

2. Plaintiff's Amended Complaint (ECF No. 21) is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk's Office shall close this case.

4. Plaintiff will be permitted thirty (30) days from the filing of this Order to file a second amended complaint.

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**