

February 3, 2024

**_Via ECF_**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

Re:     **Robert White v. Rutgers University**
        **3:23-cv-02597**

Dear Judge Shipp:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. Plaintiff's Brief in Opposition to the Motion to Dismiss is due on February 4, 2025. Please allow this letter to serve as a request for a one-week extension to file the Brief in Opposition. The new filing date would be February 11, 2025. My adversary, Mr. Levis Schy, Esq., has graciously consented to my request.

Respectfully submitted,

/s/Bradley R. Flynn

Bradley R. Flynn, Esq[1].
For The Montgomery Law Group, PLLC.
Attorneys for the Plaintiff

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.

---

**Montgomery Law**

Pennsylvania
1420 Locust Street, Suite 420
Philadelphia, PA 19102
215-650-7563

New Jersey*
Historic Smithville, Suite 1
1 N. New York Road
Galloway NJ, 08205
856-282-5550

Florida
631 US 1, Suite 202
North Palm Beach, FL 33408
561-408-1100

Maine
64 Paris Street
Norway, ME 04268
207-595-6498

*all NJ mail to PA office

Cc.:   Mr. James Keller, Esq.
       Mr. Levis Schy, Esq.