# EducationLawyers
## .com

February 3, 2024

**_Via ECF_**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

**Re:    Robert White v. Rutgers University**
        **3:23-cv-02597**

Dear Judge Shipp:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. Plaintiff's Brief in Opposition to the Motion to Dismiss is due on February 4, 2025. Please allow this letter to serve as a request for a one-week extension to file the Brief in Opposition. The new filing date would be February 11, 2025. My adversary, Mr. Levis Schy, Esq., has graciously consented to my request.

Respectfully submitted,

/s/Bradley R. Flynn

Bradley R. Flynn, Esq[1].
For The Montgomery Law Group, PLLC.
Attorneys for the Plaintiff

**So Ordered this 4th day of February 2025**

**Honorable Michael A. Shipp, U.S.D.J.**

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
| | 856-282-5550 | | |

*all NJ mail to PA office

Cc.:    Mr. James Keller, Esq.
          Mr. Levis Schy, Esq.