# AMENDED EXHIBIT

## "A."



Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, September 11, 2019

RE:    195008011
       Bob White
       GEN CHEM FOR ENGRS
       160:159

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Extended time (100%) for in class/online exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

1



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Friday, November 15, 2019

RE:    195008011
       Bob White
       INTR EXPERIMENTATION
       160:171

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online exams and quizzes
- No Scantrons for exams/quizzes

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

2



**RUTGERS**

Office of Disability Services

Office of Disability Services
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, September 11, 2019

RE:     195008011
        Bob White
        EXPOSITION &ARGUMENT
        355:103

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

3



| | |
|---|---|
| **Office of Disability Services** | ods.rutgers.edu |
| Lucy Stone Hall, Suite A145 | ods@echo.rutgers.edu |
| Rutgers, The State University of New Jersey | |
| 54 Joyce Kilmer Avenue | p. 848-445-6800 |
| Piscataway, NJ 08854 | f. 732-445-3388 |

## LETTER OF ACCOMMODATION(S)

Wednesday, September 11, 2019

RE:     195008011
        Bob White
        INTRO TO ENGINEERING
        440:100

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Extended time (100%) for in class/online exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

4



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, September 11, 2019

RE:    195008011
       Bob White
       MULTIVARIABLE CALC
       640:251

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Extended time (100%) for in class/online exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

5



**RUTGERS**
Office of Disability Services

Office of Disability Services
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, September 11, 2019

RE:    195008011
       Bob White
       ANALYTICAL PHYSICS I
       750:123

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Extended time (100%) for in class/online exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

6



**RUTGERS**
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Thursday, January 23, 2020

RE:     195008011
        Bob White
        GEN CHEM FOR ENGRS
        160:160

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

7



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

# LETTER OF ACCOMMODATION(S)

Tuesday, January 21, 2020

RE:     195008011
          Bob White
          INT COMPUTER FOR ENG
          440:127

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

8



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, January 21, 2020

RE:    195008011
        Bob White
        ENG MECH-STATICS
        440:221

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

9

# RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Thursday, January 30, 2020

RE:     195008011
        Bob White
        HONORS ENG MECH-STAT
        440:291

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

# RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Thursday, January 23, 2020

RE:    195008011
       Bob White
       ANALYTICAL PHYSICS I
       750:124

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

11

# RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
ods@echo.rutgers.edu

p. 848-445-6800
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, April 21, 2020

RE:     195008011
         Bob White
         ANALYTICAL PHYSICS I
         750:124

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

If you have other ideas regarding how to create access for your course beyond what is listed, I would be happy to speak with you. Your input is a valuable part of the process.

For general information, please refer to the ODS Faculty Support page at:
https://ods.rutgers.edu/faculty/faculty-support

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu
848-445-4456

12



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 8, 2020

195008011
Bob White
ENGINEERNG ECONOMICS
540:343

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

13



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 8, 2020

195008011
Bob White
ENGINEERNG ECONOMICS
540:343

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

14



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 8, 2020

195008011
Bob White
DIFF EQS/ENGR&PHYS
640:244

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

15



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Tuesday, September 8, 2020

195008011
Bob White
DIFF EQS/ENGR&PHYS
640:244

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

16



Office of Disability Services
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Tuesday, September 8, 2020

195008011
Bob White
MECH MATERIALS
650:291

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

17

**RUTGERS**
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 8, 2020

195008011
Bob White
MECH MATERIALS
650:291

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

18



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 8, 2020

195008011
Bob White
ANALYT PHYSICS II
750:227

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

# RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Tuesday, September 8, 2020

195008011
Bob White
ANALYT PHYSICS II
750:227

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

20

RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Monday, February 15, 2021

195008011
Bob White
INTRO TO ENTREPREN
382:302

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

21

**RUTGERS**
Office of Disability Services

Office of Disability Services
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, January 26, 2021

195008011
Bob White
ENG MECH-DYNAMICS
440:222

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

22

# RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, February 15, 2021

195008011
Bob White
ENG MECH-DYNAMICS
440:222

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

23

**RUTGERS**
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, January 26, 2021

195008011
Bob White
ADV CALC FOR ENGRNG
640:421

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

24

RUTGERS

Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Monday, February 15, 2021

195008011
Bob White
ADV CALC FOR ENGRNG
640:421

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

25

# RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, January 26, 2021

195008011
Bob White
THERMODYNAMICS
650:351

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

*Lorren Whitaker*

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

26

**RUTGERS**
Office of Disability Services

Office of Disability Services
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, January 26, 2021

195008011
Bob White
CAD IN MECH ENGG
650:388

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

*Lorren Whitaker*

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu

27

RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, January 26, 2021

195008011
Bob White
Aerospace Materials
650:449

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during exams without time penalty
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of providing you this letter as soon as possible, as well as discussing with you in a timely manner how the above accommodations will be implemented.

In the current remote environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have about this matter.

Sincerely,

Lorren Whitaker
Coordinator
Lorren.Whitaker@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, September 21, 2022

195008011
Bob White
INTERDIS HONORS SEM
090:293:H4

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Permission to use a laptop / tablet for notetaking
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.
-
- Consideration for extensions on assignments, up to 24 hours, within the academic standards of the course.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

*Brian Maher*

Brian Maher
Coordinator

29

maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Friday, October 14, 2022

195008011
Bob White
INTERDIS HONORS SEM
090:293:H4

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- Permission to use a laptop / tablet for notetaking

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu

31



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, September 14, 2022

195008011
Bob White
DESIGN MECH COMPNTS
650:342:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Permission to use a laptop / tablet for notetaking

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu

32



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, October 5, 2022

195008011
Bob White
DESIGN MECH COMPNTS
650:342:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Permission to use a laptop / tablet for notetaking
- -Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.
-
- Consideration for extensions on assignments, up to 24 hours, within the academic standards of the course.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

*Brian Maher*

Brian Maher
Coordinator

maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Friday, October 14, 2022

195008011
Bob White
DESIGN MECH COMPNTS
650:342:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- Permission to use a laptop / tablet for notetaking

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher

Brian Maher
Coordinator
maher.brian@rutgers.edu

35

**RUTGERS**
Office of Disability Services

Office of Disability Services                                    ods.rutgers.edu
Lucy Stone Hall, Suite A145                                      dsoffice@echo.rutgers.edu
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue                                          p. 848-202-3111
Piscataway, NJ 08854                                            f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, September 21, 2022

195008011
Bob White
MECH ENG MES W/LAB
650:350:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.
- 
- Consideration for extensions on assignments, up to 24 hours, within the academic standards of the course.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Friday, October 14, 2022

195008011
Bob White
MECH ENG MES W/LAB
650:350:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**RUTGERS**
Office of Disability Services

Office of Disability Services
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Wednesday, September 14, 2022

195008011
Bob White
INTRO MECHATRONICS
650:361:04

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

*Brian Maher*

Brian Maher
Coordinator

40

maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, October 5, 2022

195008011
Bob White
INTRO MECHATRONICS
650:361:04

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the
- essential elements of the exam.
- Consideration for extensions on assignments, up to 24 hours, within the academic
- standards of the course.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Friday, October 14, 2022

195008011
Bob White
INTRO MECHATRONICS
650:361:04

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



Office of Disability Services    ods.rutgers.edu
Lucy Stone Hall, Suite A145    dsoffice@echo.rutgers.edu
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue    p. 848-202-3111
Piscataway, NJ 08854    f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, November 14, 2022

195008011
Bob White
INTR MUS THRY ONLINE
700:133:92

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Monday, January 23, 2023

195008011
Bob White
FLUID MECHANICS
650:312:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, January 23, 2023

195008011
Bob White
MECH ENG MES W/LAB
650:350:04

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, January 23, 2023

195008011
Bob White
DYN SYS & CNTL
650:401:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, January 23, 2023

195008011
Bob White
AEROSPACE STRUCTURES
650:458:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, January 23, 2023

195008011
Bob White
AIRCRAFT FLIGHT DYN
650:471:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, July 3, 2023

195008011
Bob White
FLUID MECHANICS
650:312:E6

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Monday, July 3, 2023

195008011
Bob White
THERMODYNAMICS
650:351:H6

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Monday, July 3, 2023

195008011
Bob White
DRONES FUNDAMENTALS
650:560:E1

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator

maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Saturday, September 9, 2023

195008011
Bob White
INTRO LINEAR ALGEBRA
640:250:C1

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 12, 2023

195008011
Bob White
FLUID MECHANICS
650:312:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Saturday, September 9, 2023

195008011
Bob White
MULTIPHYSICS SIMU
650:439:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**RUTGERS**
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Saturday, September 9, 2023

195008011
Bob White
SPACECRAFT/MIS DE
650:457:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, January 17, 2024

195008011
Bob White
NUMERICAL ANALYSIS I
640:373:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, January 17, 2024

195008011
Bob White
FLUID MECHANICS
650:312:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, January 17, 2024

195008011
Bob White
AEROSPACE STRUCTURES
650:458:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



Office of Disability Services
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Wednesday, January 17, 2024

195008011
Bob White
AIRCRAFT FLIGHT DYN
650:471:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, May 28, 2024

195008011
Bob White
INTRO LINEAR ALGEBRA
640:250:B3

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Monday, July 8, 2024

195008011
Bob White
INTRO LINEAR ALGEBRA
640:250:H3

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, July 29, 2024

195008011
Bob White
FLUID MECHANICS
650:312:H1


Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Consideration with regard to absences & missed exams / quizzes within the academic standards of the course
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- -Approved to have the ability to write directly on the exam unless it compromises the
- essential elements of the exam
- -No Exams before 11:00 am

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, July 29, 2024

195008011
Bob White
THERMODYNAMICS
650:351:H6

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Consideration with regard to absences & missed exams / quizzes within the academic standards of the course
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- -Approved to have the ability to write directly on the exam unless it compromises the
- essential elements of the exam
- -No Exams before 11:00 am

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



Office of Disability Services
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Tuesday, September 10, 2024

195008011
Bob White
INTRO LINEAR ALGEBRA
640:250:02

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Consideration with regard to absences & missed exams / quizzes within the academic standards of the course
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the
- essential elements of the exam
- No Exams before 11:00 am

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 10, 2024

195008011
Bob White
MECH ENGG LAB I
650:431:36

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Consideration with regard to absences & missed exams / quizzes within the academic standards of the course
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the
- essential elements of the exam
- No Exams before 11:00 am

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 10, 2024

195008011
Bob White
MULTIPHYSICS SIMU
650:439:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Consideration with regard to absences & missed exams / quizzes within the academic standards of the course
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the
- essential elements of the exam
- No Exams before 11:00 am

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher

Brian Maher
Coordinator
maher.brian@rutgers.edu



**RUTGERS**
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Monday, September 2, 2024

195008011
Bob White
SPACECRAFT/MIS DE
650:457:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Consideration with regard to absences & missed exams / quizzes within the academic standards of the course
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the essential elements of the exam.
- No exams before 11:00 AM

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

94

Sincerely,

Brian Maher

Brian Maher
Coordinator
maher.brian@rutgers.edu



RUTGERS
Office of Disability Services

**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

## LETTER OF ACCOMMODATION(S)

Tuesday, September 10, 2024

195008011
Bob White
ORBITAL MECHANICS
650:465:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Consideration with regard to absences & missed exams / quizzes within the academic standards of the course
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the
- essential elements of the exam
- No Exams before 11:00 am

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently.  For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu



**Office of Disability Services**
Lucy Stone Hall, Suite A145
Rutgers, The State University of New Jersey
54 Joyce Kilmer Avenue
Piscataway, NJ 08854

ods.rutgers.edu
dsoffice@echo.rutgers.edu

p. 848-202-3111
f. 732-445-3388

**LETTER OF ACCOMMODATION(S)**

Tuesday, September 10, 2024

195008011
Bob White
AE DESIGN 1
650:487:01

Dear Professor:

The Office of Disability Services has reviewed this student's request, self-report and supporting documentation to establish their eligibility for reasonable accommodations in accordance with relevant federal laws.

The following accommodations are reasonable in order to provide equal access and participation in your class:

- Access to snacks/food/drinks during labs, class and exams
- Breaks during timed exams/quizzes. An extension of 10 minutes per hour of testing time should be added to total exam/quiz time to account for breaks.
- Consideration with regard to absences & missed exams / quizzes within the academic standards of the course
- Extended time (100%) for in class/online timed exams and quizzes
- Extension on Assignments, up to 48 hours, within the academic standards of the course
- No Scantrons for exams/quizzes
- Permission to use a laptop / tablet for notetaking
- Reduced distraction testing location
- Use of a computer for exams/ quizzes, unless it compromises an essential function of the course
- Approved to have the ability to write directly on the exam unless it compromises the
- essential elements of the exam
- No Exams before 11:00 am

I have informed this student about the importance of discussing with you, in a timely manner, how the above accommodations will be implemented.

In the current hybrid environment, accommodations may be implemented a bit differently. For up to date information on how to implement online accommodations, including exam accommodations, please refer to the ODS Faculty Support page.

While faculty are responsible for entering exam accommodations such as extended time into the course learning management system (Canvas, Sakai, Blackboard), the Office of Disability Services stands ready to support you. Please do not hesitate to reach out to us with any questions regarding how to implement accommodations in an online environment.

If you have other ideas regarding how to create access for your course, particularly in the remote learning environment, I would be happy to speak with you. Your input is greatly appreciated.

In addition, I welcome any concerns or questions you may have.

Sincerely,

Brian Maher
Coordinator
maher.brian@rutgers.edu