

February 11, 2024

**<u>Via ECF</u>**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

Re:   **<u>Robert White v. Rutgers University</u>**
   **3:23-cv-02597**

Dear Judge Shipp:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. I am writing this letter on behalf of the Plaintiff, Mr. Robert White, who has requested that the parties explore settlement. To that end, he is requesting that the Court please schedule a conference call to discuss a potential settlement conference.

Thank you in advance for Your Honor's attention to this matter.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
|  | 856-282-5550 |  |  |

*all NJ mail to PA office

Respectfully submitted,

/s/Bradley R. Flynn

Bradley R. Flynn, Esq[1].
For The Montgomery Law Group, PLLC.
Attorneys for the Plaintiff


Cc.:   Mr. James Keller, Esq.
       Mr. Levi Schy, Esq.

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.