

James A. Keller
Phone: (215) 972-1964
Fax: (215) 972-4152
James.Keller@saul.com
www.saul.com

February 12, 2025

Hon. Michael A. Shipp, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

RE: Robert White v. Rutgers University
3:23-cv-02597

Dear Hon. Michael A. Shipp, U.S.D.J.:

This Firm, together with undersigned counsel, represents the defendant Rutgers University (the "University") in the above-captioned matter. The University's Reply in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint is due on Tuesday, February 18, 2025. Due to various conflicts, the University respectfully requests a one-week extension to file its Reply on or before February 25, 2025. Counsel for Plaintiff in the above-captioned matter has consented to the University's request for a one-week extension.

The University was previously granted a two-week extension to file its Motion to Dismiss. (*See* ECF No. 34).

Respectfully Submitted,

James A. Keller

cc: Bradley R. Flynn, Esq.

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

55098207.1