

April 25, 2025

**<u>Via ECF and U.S. Mail</u>**
Hon. Tonianne J. Bongiovanni, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 6E
Trenton, NJ 08608

Re:   <u>**Robert White v. Rutgers University**</u>
        **3:23-cv-02597**

Dear Judge Bongiovanni:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter. I am writing this letter to request, please, a brief continuance for our settlement conference, which is scheduled for May 15, 2025. Counsel for the Defendant, Mr. Levi Schy, Esq., has graciously consented to this request.

The parties are not available on June 3; June 13-16; and June 20-July 7. Otherwise, we are flexible to appear before Your Honor for the settlement conference.

Thank you in advance for Your Honor's attention to this matter.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
|  | 856-282-5550 |  |  |

*all NJ mail to PA office

Respectfully submitted,

/s/Bradley R. Flynn

Bradley R. Flynn, Esq[1].
For The Montgomery Law Group, PLLC.
Attorneys for the Plaintiff


Cc.:   Mr. James Keller, Esq.
       Mr. Levi Schy, Esq.

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.